IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                CASE NO. 1:08-cr-00030-MP-AK

CRAIG MATTHEW FEIGIN,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on the parties' request to modify the terms of pretrial release to allow contact between the Defendant and Jessica Ruddock. The request is denied. If the parties wish to have the Court reconsider the request, a written motion must be filed, and a hearing will be held. All terms and conditions of release remain in full force and effect.

     **DONE AND ORDERED** this _21st_ day of January, 2009

                                    *s/Maurice M. Paul*
                                 Maurice M. Paul, Senior District Judge