IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                         CASE NO. 1:08-cr-00030-MP-AK

CRAIG MATTHEW FEIGIN,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 32, a letter from Jessica Ruddock, who describes herself as "the alleged victim of this case."  In the letter, she essentially moves the Court to reconsider the order, at Doc. 31 denying Mr. Feigin's request to modify his conditions of bond to allow contact with Ms. Ruddock.  The motion is denied in that Ms. Ruddock does not have standing to bring such a motion in this case.  The Clerk shall ensure that a copy of this order and of Ms. Ruddock's letter are sent to the Assistant United States Attorney and defense counsel for Mr. Feigin.

**DONE AND ORDERED** this  _12th_  day of February, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge