IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                       CASE NO. 1:08-cr-00030-MP-AK

CRAIG MATTHEW FEIGIN,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court sua sponte. Previously, after being informed by Probation that Mr. Feigin had failed to report, see Doc. 53, the Court issued a bench warrant for Mr. Feigin's arrest. Doc. 54. The Court has now been informed that Mr. Feigin has surrendered to authorities. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Bench Warrant issued on May 15, 2009, Doc. 54, is withdrawn.

**DONE AND ORDERED** this  _3rd_  day of June, 2009

                                                *s/Maurice M. Paul*
                                       Maurice M. Paul, Senior District Judge