PROB 12B
(7/93)

# United States District Court
## for the
## Northern District Of Florida

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Craig Matthew Feigin                Case Number: 1:08CR30-001

Name of Sentencing Judicial Officer: The Honorable Maurice Mitchell Paul

Date of Original Sentence: 4/2/2009                   Type of Supervision: Supervised Release

Original Offense: Unauthorized Access of a            Date Supervision Commenced: June 26, 2011
Computer and Obtaining Information from a             (projected release date)
Protected Computer; 18 U.S.C. §§ 1030(a)(2) and
1030(c)(2)(B)(ii)

Original Sentence: Prison - 30 Months; TSR - 36       Date Supervision Expires:
Months

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows:

"The defendant shall participate in a sex offender treatment program to include psychological testing and polygraph examination. Participation may include inpatient/outpatient treatment. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment."

"The defendant shall submit to a search of his/her person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer."

## CAUSE

In considering the case for relocation to the Southern District of Florida, the case was staffed with the U. S. Probation Officer and Psychologist Kelly Morris, who recommended that the offender's conditions be modified in the above described manner. The offender's offense conduct involved the offender remotely accessing the built-in web camera on several adult females' laptop computers without their knowledge or consent, taking thousands of pictures and videos of the female victims in various modes of dress and undress, and storing those images on a server in the Czech Republic.

Filed 03/11 USDC FlnlPM0324

SCANNED

Respectfully submitted,

by *[signature]*

Dennis J. Thomson
U.S. Probation Officer
Date: February 16, 2011

---

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*[signature]*
Signature of Judicial Officer

March 1, 2011
Date